IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARTIN GRAVES JR,

    Petitioner,
v.                                                             CASE NO. 1:11-cv-201-MP-GRJ

SECRETARY, DEPT.
OF CORRECTIONS,

    Respondent.
_____/

## REPORT AND RECOMMENDATION

The undersigned ordered Petitioner to show cause on or before October 16, 2013, as to why this case should not be dismissed for failure to prosecute because Petitioner failed to apprise the court of his current address following his release from prison in February 2013. The Order was mailed to Petitioner by the Clerk at the address of record reflected for Petitioner on the Florida Department of Corrections' online inmate locator.[1] As of the date of this Report and Recommendation, Petitioner has failed to respond and has not provided the Court with a current address.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to prosecute**.**

**IN CHAMBERS** this 18th day of February 2014.

                                            *s/ Gary R. Jones*
                                            GARY R. JONES
                                            United States Magistrate Judge

---

[1] According to the DOC's website, Petitioner's stated residence upon release is 21870 SE 67th Place, Morriston, FL 32668.

## NOTICE TO THE PARTIES

Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.