IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARTIN GRAVES, JR,

    Petitioner,

v.                                        CASE NO. 1:11-cv-00201-MP-GRJ

SECRETARY, DEPT.
OF CORRECTIONS,

    Respondent.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 18, 2014. (Doc. 30). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Indeed, Petitioner has not responded to court orders and has not updated his address with the Court. Therefore, having considered the Report and Recommendation, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The magistrate judge's Report and Recommendation (Doc. 30) is adopted and incorporated by reference in this order.

    2.    This case is dismissed for failure to prosecute and to follow the orders of the Court.

    **DONE AND ORDERED** this   *31st* day of March, 2014

                                            *s/Maurice M. Paul*
                                            Maurice M. Paul, Senior District Judge